UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE NIMER MARTHA, | Case No. 18-cv-00780-SI |
| Petitioner, | |
| v. | **JUDGMENT** |
| THE PEOPLE OF THE STATE OF CALIFORNIA IN THE COUNTY OF SAN FRANCISCO, | |
| Respondent. | |

This action is dismissed because it is duplicative of another petition for writ of habeas corpus filed the same day that this action was filed.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 26, 2018

SUSAN ILLSTON
United States District Judge